

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00313-CR

The **STATE** of Texas,
Appellant

v.

James Burke **JARREAU**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellant State of Texas's motion to dismiss appellee James Burke Jarreau's cross appeal is DENIED AS MOOT and the trial court's order granting the motion to quash is AFFIRMED.

SIGNED June 22, 2016.

Marialyn Barnard, Justice